UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Woodbridge Estates Phase I,

        Plaintiff,                              Case No. 23-13036

v.                                            Judge Jonathan J.C. Grey

Anthony Shine,

        Defendants
_____/

## ORDER OF REMAND AND DISMISSAL

On November 30, 2023, United States Representative Shri Thanedar removed this action from the Michigan 36th Judicial District Court pursuant to 28 U.S.C. §§ 1442, 1446. (ECF No. 1.) Congressman Thanedar was issued a subpoena in the underlying state action but is not a party to the case. Under 28 U.S.C. § 1442, a member of congress may remove subpoena proceedings to federal court. *See Maddox v. Williams*, 855 F. Supp. 406, 410 (D.D.C. 1994), *aff'd sub nom. Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408 (D.C. Cir. 2007).

On December 8, 2023, Congressman Thanedar filed a notice of voluntary dismissal as the issue had been resolved by the parties. (ECF No. 2.) Given the voluntary nature of the requested dismissal, the Court

**REMANDS** the case to the 36th District Court and **DISMISSES** Congressman Thanedar's challenge to the subpoena.

**SO ORDERED.**

Dated: January 8, 2024                    s/**Jonathan J.C. Grey**
                                          Jonathan J.C. Grey
                                          United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2024.

                                          s/ **S. Osorio**
                                          Sandra Osorio
                                          Case Manager